UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Tyrone Parker                                                           Docket No. 5:07-CR-136-1BR

**Petition for Action on Supervised Release**

    COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyrone Parker, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Possession of a Firearm by a Felon, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on February 5, 2008, to the custody of the Bureau of Prisons for a term of 86 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

    Tyrone Parker was released from custody on September 6, 2013, at which time the term of supervised release commenced. A violation report was submitted to the court on February 21, 2014, reporting that the defendant tested positive for marijuana use on the same date. The defendant was verbally reprimanded for his use of marijuana and the court agreed to continue supervision.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted a urine sample on December 17, 2014, that tested positive for marijuana use. When confronted with the results, the defendant signed an admission acknowledging his use of marijuana on or about December 9, 2014. As a result of this use, the defendant will be referred to substance abuse counseling. We will continue to monitor his illicit drug use through random testing. To provide a punitive sanction for this conduct, we are recommending that the conditions of supervision be modified to include six days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

    **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as directed by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2537 |
| | Executed On: December 18, 2014 |

**ORDER OF THE COURT**

Considered and ordered this ___19___ day of ___December___, 2014 and ordered filed and made a part of the records in the above case.

_____ /s/ W. Earl Britt
W. Earl Britt
Senior U.S. District Judge